FILED

2017 DEC -5 PM 3: 19

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | JUDGE GWIN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:17 CR 491 |
| | ) | Title 18, Sections 922(g)(1) and |
| SHAWNTEZ BLOCK, | ) | 924(a)(2), United States Code |
| | ) | |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

On or about January 16, 2016, in the Northern District of Ohio, Eastern Division, SHAWNTEZ BLOCK, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs, in case number 92-CR-2889, in the Court of Common Pleas, Stark County, Ohio, on or about April 28, 1993; Endangering Children, in case number 2002CR1700(A), in the Court of Common Pleas, Stark County, Ohio, on or about April 16, 2003, and Possession of Cocaine in case number 2003CR0518, in the Court of Common Pleas, Stark County, Ohio, on or about May 27, 2003, did knowingly possess in and affecting interstate and foreign commerce, a firearm, specifically a Sturm Ruger 9mm caliber pistol, model P95, bearing serial #314-87307, said firearm having

previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.